# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Bob Baffert; Bob Baffert Racing Stables, Inc.,

*Plaintiff*

V.

Justin A. Wunderler; Daniel DiCorcia,

*Defendant*

Civil Action No. 23-cv-1774-RSH-BLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Justin Wunderler
5 N Olympia Drive
Waretown NJ 08758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shepard Sanford Kopp
11355 W. Olympic Blvd., Suite 300
Los Angeles, CA 90064
310-914-4444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 9/27/23



John Morrill
*CLERK OF COURT*

S/                    D. Martinez
*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> **Brewster & De Angelis** <hprescott@brewsterlaw.com> <br> **2617 E. 21st St** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **918-742-2021**    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **BOB BAFFERT; BOB BAFFERT RACING STABLES, INC.** | |

| **United States District Court, Southern District of California** |
|---|
| STREET ADDRESS:   **333 West Broadway** |
| MAILING ADDRESS:  **333 West Broadway** |
| CITY AND ZIP CODE: **San Diego 92101** |
| BRANCH NAME:      **United States Courthouse Annex** |

| PLAINTIFF/PETITIONER: **BOB BAFFERT; BOB BAFFERT RACING STABLES, INC.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **JUSTIN A WUNDERLER; DANIEL DICORCIA** | **3:23-CV-01774-RSH-BLM** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **REF-14009704** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):* <br> **SUMMONS; COMPLAINT; CIVIL COVER SHEET**

3. a. Party served *(specify name of party as shown on documents served):* <br>    **Justin Wunderler**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*

4. Address where the party was served: <br>    **5 North Olympia Drive, Ocean Township, NJ 08758**

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    at *(time):*

   b. [X] **by substituted service.** On *(date):* **11/01/2023** at *(time):* **7:39 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* <br> **Dawn Wunderler, I delivered the documents to Dawn Wunderler who identified themselves as the subject's parent, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.  I served his mother Dawn**

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed <br> on *(date):*    from *(city):*    or [X] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10 <br> Tracking #: **0117291922**

REF: **REF-14009704**

| PLAINTIFF/PETITIONER: BOB BAFFERT; BOB BAFFERT RACING STABLES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JUSTIN A WUNDERLER; DANIEL DICORCIA | 3:23-CV-01774-RSH-BLM |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify)*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name:                 **John Diaraneo**
  b. Address:            **98C Edinburgh Ln, Lakewood, NJ 08701**
  c. Telephone number:  **732-277-0168**
  d. The fee for service was: **$ 170.00**
  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.   For:

        (ii) ☐ Registration No.:                           Registration #:

        (iii) ☐ County:                                  County:

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**           Tracking #: **0117291922**


REF: **REF-14009704**



8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 11/01/2023

**John Diaraneo**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signature)_
(SIGNATURE)

Page 3 of 3

REF: **REF-14009704**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0117291922**



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**Brewster & De Angelis** <hprescott@brewsterlaw.com><br>**2617 E. 21st St**<br>  TELEPHONE NO.: **918-742-2021**   FAX NO. *(Optional)*:<br>  E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: **BOB BAFFERT; BOB BAFFERT RACING STABLES, INC.** | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Southern District of California**<br>  STREET ADDRESS: **333 West Broadway**<br>  MAILING ADDRESS: **333 West Broadway**<br>  CITY AND ZIP CODE: **San Diego 92101**<br>  BRANCH NAME: **United States Courthouse Annex** | |
| PLAINTIFF/PETITIONER: **BOB BAFFERT; BOB BAFFERT RACING STABLES, INC.**<br>DEFENDANT/RESPONDENT: **JUSTIN A WUNDERLER; DANIEL DICORCIA** | CASE NUMBER:<br>**3:23-CV-01774-RSH-BLM** |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**REF-14009704** |

Party to Serve:
**Justin Wunderler**

Documents:
**SUMMONS; COMPLAINT; CIVIL COVER SHEET**

Service Address:
**5 North Olympia Drive, Ocean Township, NJ 08758**

I declare the following attempts were made to effect service by personal delivery:

Person who performed diligence:
**John Diaraneo**
**98C Edinburgh Ln, Lakewood, NJ 08701**
**732-277-0168**

  I am not a registered California process server
    Registration No.:
    County:

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  **11/01/2023**

BY FAX

| John Diaraneo | |
|---|---|
| (NAME OF PERSON WHO PERFORMED DILIGENCE) | (SIGNATURE) |

Page 1 of 1                                                                                               Tracking #: **0117291922**

REF: **REF-14009704**    






7021 0950 0000 5870 1162

LAW OFFICES OF
BREWSTER & DEANGELIS, P.L.L.C.
2617 EAST 21ST STREET
TULSA, OKLAHOMA 74114

TO:

Justin Wunderler
5 N Olympia Dr
Waretown NJ 08758

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Help

**UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7021 0950 0000 5870 1162

This item was delivered on 10/10/2023 at 14:08:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justin Wunderler
5 N Olympia Drive
Waretown NJ 08758

9590 9402 4505 8278 9442 44

2. Article Number (Transfer from service label)
7021 0950 0000 5870 1162

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
■ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

quadient
FIRST-CLASS MAIL
IMI
$002.07
10/05/2023 ZIP 74114
043M30216748
US POSTAGE

Justin Wunderler
5 N Olympia Drive
Waretown NJ 08758

**Swift** @SwiftHitter · Sep 27

No that was for source of video. The lawyer wanted me put that out there for them to contact us about the videos. I made it clear in other texts we dont want Money from Baffert and this is not extortion. If they like see video contact lawyer





 Swift @SwiftJustice · Sep 27

Why they scared of videos ? Lol . No one is extorting Baffert and no one is hollywood editing em lol

> 60. Upon information and belief, the videos are deceptively edited to cast Baffert and his staff in a false light, and the intent to publish such videos was not to foster the quest for truth but to gain social media followers through the sensationalist nature of such falsehoods.
>
> 61. Upon information and belief, Defendants are aware that the videos' content gives an impression that is contrary to the well-pleaded truth that the full context and true character of the video would provide.
>
> 62. According to Defendants' statements on "X" and in interviews, Defendants have published and distributed the videos to friends and journalists.
>
> 63. Defendants published this video in reckless disregard for the truth or falsity of what they allege the video conveys.
>
> 64. Defendants' statements have caused and threaten imminently to cause damages in excess of $75,000.
>
> 65. Defendants' conduct was reckless; callously indifferent to Baffert's rights; and motivated by the specific, malicious intent to harm Baffert, his family, his business, and his reputation; entitling Baffert to punitive damages in excess of this Court's jurisdictional minimum.
>
> **DEMAND FOR RELIEF**
>
> WHEREFORE, Baffert seeks judgment in his favor as follows:
>
> A. For the mental anguish, anxiety, and duress Defendants have caused by virtue of their repeated threats to Baffert's business and family by means of their unlawful statements, Plaintiffs request compensatory damages in excess of $75,000.00.
>
> B. Because Defendants acted with malice, oppression, and fraud in their criminal extortion of Baffert and their knowingly false statements, Plaintiffs request an award of punitive

💬 2    🔁 3    ♥ 10    📊 10K     

## OPERATIVE FACTS

11. Plaintiff hereby incorporates by reference paragraphs 1 through 10 above as though fully set forth herein.

12. Over the past two years, Baffert has been working with industry participants and through the legal process to repair his reputation and standing in the industry following an alleged violation of medication rules involving the 2021 Kentucky Derby. That controversy stemmed from the use of a topical ointment to treat a rash in the weeks leading up to the Derby, and the use of the ointment caused a trace detection of the permitted therapeutic medication "betamethasone" in a post-race biological specimen.

13. The media frenzy that ensued resulted in major industry stakeholders — specifically Churchill Downs, Inc., and the New York Racing Association, Inc. — taking action to ban Baffert from major racetracks in Kentucky and New York for various periods of time. Baffert's position with Churchill Downs, specifically, is fluid and tenuous. Churchill Downs has repeatedly referenced negative media coverage associated with Baffert as grounds for extending his ban from the Churchill Downs Racetrack and the Kentucky Derby.

14. Over that same time, Defendants, who have a substantial following on social media, have engaged in an escalating pattern of unlawful and threatening behavior directed specifically at Baffert and his family. This escalating pattern of outrageous behavior is specifically intended to accrue more followers and personal monetary gain.

15. Before the Belmont Stakes in New York, Mr. Wunderler specifically asked his followers to bring dangerous objects to hurl at Baffert and his family.

16. Shortly thereafter, Mr. Wunderler posted a picture of Baffert's house in California and claimed that he "slaughters horses on National TV."

○ 8   ⟲ 2   ♡ 7   ıl 8.9K    

Swift @SwiftHitter · Sep 27

> # The San Diego Union-Tribune
>
> DiCorcia could not be reached for comment Wednesday evening. In direct messages on X, the site formerly known as Twitter, Wunderler told the Union-Tribune on Wednesday: "Never asked for money from Bob Baffert I want to do whats best for horse racing." In another message he wrote: "Bob Baffert has continued to kill horses."

💬 5   🔁 6   ♡ 25   📊 51K



**Swift** @SwiftHitter · Sep 27
Lawyer is advicing my take a breather stay off X for a little and lets dig . In. Again I apologize to all and will make it right and will also get to face Baffert in court and get Justice for all horses he has killed

Medina Spirit