FILED

NOV 27 2023

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BOB BAFFERT and BOB BAFFERT
RACING STABLES, INC.,

                   Plaintiffs,

-against-

JUSTIN A. WUNDERLER and
DANIEL DICORCIA,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. 23-cv-1774-RSH-BLM

ANSWER

Defendant Daniel DiCorcia ("Defendant") files this Answer to Plaintiffs' Complaint ("Complaint"):

## DEFENDANT'S ANSWER

1. Pursuant to Federal Rule of Civil Procedure 8(b), Defendant denies each and every allegation contained within the Complaint.

### FIRST AFFIRMATIVE DEFENSE

2. The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

3. Defendants reserve the right to assert further affirmative defenses as they become evident through discovery investigation.

WHEREFORE, Defendants prays that its Answer be deemed good and sufficient and all claims by Plaintiffs against Defendants be dismissed, with prejudice, and such other and further relief, legal and equitable, including attorney's fees, be awarded Defendant.

Dated:   November 17, 2023
          Point Pleasant, New Jersey

Daniel DiCorcia
412 Broadway
Point Pleasant, New Jersey 08742