UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT and BOB BAFFERT RACING STABLES, INC.,<br>　　　　　Plaintiffs,<br>vs.<br>JUSTIN A. WUNDERLER and DANIEL DICORCIA,<br>　　　　　Defendants. | Civil Action No. 23-cv-1774-RSH-BLM<br><br>Request for Clerk's Entry of Default |

## MOTION FOR ENTRY OF DEFAULT

Plaintiffs Bob Baffert and Bob Baffert Racing Stables, Inc., by and through counsel, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully request the Clerk to enter the default of Defendant Justin Wunderler for failure to plead or otherwise defend this action within the permitted time to respond. Attached is an affidavit demonstrating service on an adult at Defendant's last known residence, which was made after several attempts to serve Mr. Wunderler personally at the residence. The individual served was Mr. Wunderler's mother, who confirmed that Mr. Wunderler lived at the residence. Plaintiffs also mailed copies of the Complaint and Summons through regular and certified mail to Mr. Wunderler. Through his various posts and discussions on the social media platform "X," formerly known as Twitter, Mr. Wunderler has confirmed that he is aware of the Complaint and has reviewed its contents, as fully appears from the declaration and exhibits attached hereto.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Clark O. Brewster*　　　　　　　
　　　　　　　　　　　　　　　　　　　　**BREWSTER & DE ANGELIS, PLLC**
　　　　　　　　　　　　　　　　　　　　Clark O. Brewster*
　　　　　　　　　　　　　　　　　　　　Joseph C. DeAngelis*
　　　　　　　　　　　　　　　　　　　　2617 East 21st Street
　　　　　　　　　　　　　　　　　　　　Tulsa, OK 74114
　　　　　　　　　　　　　　　　　　　　cbrewster@brewsterlaw.com
　　　　　　　　　　　　　　　　　　　　(918) 742-2021 - Telephone

(918) 742-2197 - Facsimile
*Admitted Pro Hac Vice*

and

**LAW OFFICES OF SHEPARD S. KOPP**
Shepard S. Kopp, Esq., SBN: 174612
233 Wilshire Blvd. Suite 900
Santa Monica, California  90401
Telephone  (310) 914-4444
Facsimile  (310) 914-4445
shep@shepardkopplaw.com
***Attorneys for Plaintiffs***

2