UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT AND BOB BAFFERT RACING STABLES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN A. WUNDERLER AND DANIEL DICORCIA,<br><br>Defendants. | Case No.:  23CV1774-RSH(BLM)<br><br>**ORDER DENYING JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION (ENE) AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 20]** |

On September 27, 2023, Plaintiff filed a complaint alleging civil extortion and defamation. ECF No. 1.

On November 28, 2023, Defendant Daniel DiCorcia answered Plaintiff's complaint. ECF No. 10.

On November 29, 2023, the Court issued a Notice and Order for Early Neutral Evaluation and Case Management Conference. ECF No. 11. The Court scheduled the conferences for January 10, 2024. Id. The Court ordered the parties to (1) send an e-mail to the Court containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached by December 29, 2023, (2) submit confidential settlement statements by

December 29, 2023, (3) meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than December 20, 2023, (4) file a Joint Discovery Plan on the CM/ECF system no later than December 29, 2023, and (5) exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than January 3, 2024. Id.

On December 5, 2023, the Court reset the conferences for January 8, 2023, but did not change any of the related deadlines. ECF No. 13.

On December 15, 2023, Defendant Justin Wunderler answered Plaintiff's complaint. ECF No. 18.

On December 29, 2023, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference. ECF No. 20. The parties seek to continue the conferences to January 22, 2024 or to an alternative date that works for the Court's calendar. Id. at 3. In support, the parties state that the conferences should be continued "in the interest of judicial economy [and due to] Defendant Wunderler's recent appearance in this case[] and the parties' obligations during the holiday season." Id. at 2-3.

The parties have not established good cause for the requested continuance. The dates and deadlines remain as previously set. If the parties are unable to provide the documents required to be submitted or filed today [see ECF No. 11], they may be submitted and filed on Tuesday **January 2, 2024**.

**IT IS SO ORDERED**.

Dated: 12/29/2023

Hon. Barbara L. Major
United States Magistrate Judge