**BREWSTER & DEANGELIS, PLLC**
Clark O. Brewster
Joseph C. De Angelis
2617 East 21st Street
Tulsa, Oklahoma
(918) 742-2021 Office;
(918) 742-2197 Fax
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al, <br><br>                           Plaintiffs, <br><br> v. <br><br> JUSTIN WUNDERLER and DANIEL DICORCIA, <br><br>                           Defendants. | Case No.:  23-cv-1774-RSH-BLM <br><br> **Declaration of Bob Baffert** |

I, Bob Baffert, declare as follows:

      1.      My name is Bob Baffert. I am the Plaintiff in this action.

      2.      I am aware of several social media posts by Mr. Wunderler, posting pictures of my house, posting photos of my wife and I eating at restaurants, and now posting about my son, Bode.

      3.      I find Mr. Wunderler's posts seriously disturbing, particularly because they involve clear threats of violence and stalking against my family.

      4.      I became aware of Mr. Wunderler's posts about my son after the deposition. The image of sharpshooter next to posts about my son's current location and Wunderler's

1

obviously menacing posts is sickening. The threat against my son is disgusting, cowardly, and absolutely out of bounds.

5.     Wunderler's posts have caused severe distress to both myself and my wife, and we have severe concern for our son. Both my wife and I are seriously disturbed by the image of someone threatening gun violence against our son at his school, as any parent would be.

6.     In addition to the sharpshooter posts, Wunderler has been circulating a false claim that one of my sons met Defendant DiCorcia at a racetrack and made an inappropriate, homophobic comment. I have discussed that accusation with my sons and have no reason to believe that it is true. To the contrary, I firmly believe it was manufactured specifically to harm my family and obtain a litigation advantage.

7.     Wunderler's posts significantly disrupted his education and daily life and have unleashed a barrage of scrutiny against Bode, even though the alleged interaction with Dicorcia was never attributed to Bode. Bode asked us to drop the lawsuit.

8.     Bode is currently attending Texas Christian University and has ambitions to go to law school. The bandwagon harassment by Wunderler's following, spurned by Wunderler, threatens my son's future educational and career prospects and invites unwarranted criticism over conduct that never occurred.

9.     It is apparent that Mr. Wunderler knows he cannot succeed in this litigation through legitimate means, so he has resorted to inflicting as much harm as possible against myself and my family before he is stopped.

10.     Furthermore, I am familiar with my business dealings with Churchill Downs, Inc. In my judgment, I believe in good-faith that testimony regarding a recent resolution of a dispute with Churchill Downs could impair that relationship or could be abused by others to impair that relationship. The basis for this belief is that Churchill Downs has emphasized media coverage as a reason for their suspension, and they have stated on multiple occasions that further controversies may be met with additional consequences.

11.    None of my conversations with Churchill Downs involved issues of blood doping, EPO use, or "juicing." In my conversations with Churchill Downs, I was given no indication that their actions were related in any way to allegations of "blood doping," EPO use, or "juicing."

12.    I have serious concerns, based on Mr. Wunderler's social media activity and reputation, that Mr. Wunderler intends to use images of the deposition and audio recording to create "deep fakes" that misrepresent my testimony. It would be impossible to counter these edits without releasing the full, unredacted deposition video, which would waive my claim of confidentiality over portions of the video.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2024.

*/s/ Bob Baffert*_____

Bob Baffert

23-cv-1774-RSH-BLM

**BREWSTER & DEANGELIS, PLLC**
Clark O. Brewster
Joseph C. De Angelis
2617 East 21st Street
Tulsa, Oklahoma
(918) 742-2021 Office;
(918) 742-2197 Fax
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WUNDERLER and DANIEL DICORCIA, <br><br> Defendants. | Case No.: 23-cv-1774-RSH-BLM <br><br> **Declaration of Joseph C. DeAngelis in Support of TRO** |

Joseph C. DeAngelis, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1.    I represent the Plaintiffs in this action. I was admitted to practice before this Court pro hac vice in the above-captioned matter. I make the statements contained herein based on my own personal knowledge. By this Declaration, I do not intend to waive attorney-client privilege or any claim of confidentiality.

2.    To date, Wunderler has not responded to or issued any discovery in this case.

3.    On October 22, 2024, I deposed Defendant DiCorcia via a video-recorded deposition. Defendant Wunderler received notice but did not attend.

1

4.      On November 18, 2024, Wunderler authored serial posts depicting Baffert's son and broadcasting his location. These posts flanked a "GIF" from the film *American Sniper*, which depicts a sharpshooter targeting a person's head with cross-hairs shortly before killing him. An immediately subsequent post contains a picture of Baffert with his wife and son from several years ago with a caption that he "[grew] up fast." True and correct versions of these posts are attached as **Exhibit A**.

5.      On November 19, 2024, DiCorcia's counsel deposed Bob Baffert via a remote Zoom deposition. The deposition was noticed by DiCorcia's counsel. Justin Wunderler attended the deposition, and his appearance was noted on the record. I raised the objection that Mr. Wunderler was in default and his participation was suspect.

6.      A determination was made that an uncontrolled and unrestricted copy of video would be detrimental to the Baffert's business interests under the circumstances. Our concern was that an uncontrolled copy would be deceptively edited, and that images of Mr. Baffert at the deposition might be posted on social media with captions that misrepresented his testimony. At the outset of the deposition, I stated as follows on the record, which I have reproduced from a video provided by the Court reporter:

> This deposition is being video recorded. The only audio or video recording that should be taken of this deposition is from the court reporter. We are designating the audio and video portions of this deposition as pursuant to the protective order in this case. We don't want to see a video of this deposition online. That would be a violation of the protective order, so designated.

> We also anticipate that certain portions of the transcript will be designated under the protective order. We anticipate that this deposition will go into sensitive business information, matters pertinent to business relationships, and documents that have been designated as confidential. . . .

> This deposition is subject to a protective order and needs to be handled as such by all parties to the litigation.

7.      After Mr. Baffert was sworn, counsel for Mr. DiCorcia noted, "And to be clear, I want to make sure the record is clear here. I don't oppose the designation of the

video in this matter or the audio recordings as confidential under our protective order for use only at trial." I reproduced this statement from a video provided by the Court reporter, given that a transcript has not been completed.

8.     Mr. Wunderler was present via Zoom, his microphone was on, and he raised no objection or issue with the designation of the deposition or any portion thereof as confidential. Mr. Wunderler was present via Zoom at the time I designated the testimony identified in Paragraph 9 as confidential, and he raised no objection.

9.     Throughout the deposition, I designated certain portions of the testimony on the record as confidential, including (1) testimony concerning Baffert's resolution of business matters with the Churchill Downs Racetrack (which hosts the Kentucky Derby) and (2) sensitive health information. The business matters with Churchill Downs, in particular, were deemed to be sensitive business information because Baffert's relationship with Churchill Downs is contractual. The circumstances surrounding the resolution of that dispute and the terms of their ongoing relationship were intended to be confidential.

10.     As the deposition was ongoing, Wunderler "live tweeted" the deposition, including with screen-grabs from the Zoom deposition. The accuracy of his posts varied from post to post, with some relaying the substance of the deposition and others misrepresenting the substance of the deposition. True and correct versions of his posts are attached as **Exhibit B** and **Exhibit C**. Exhibit C contains posts specifically referencing medication use and Churchill Downs ("CD").

11.     Wunderler authored several additional posts on November 19 and 20 stating an intent to publish and edit the deposition. One post at 3:18 PM (Central Time) contains a video recording of a portion of the deposition. True and correct versions of these posts are attached as **Exhibit D**.

12.     Over the lunch break, I checked Wunderler's social media page and became aware of several posts made contrary to my designation of the deposition and video as confidential. I raised the matter with DiCorcia's counsel and made the difficult decision to

3

bar Mr. Wunderler from the remainder of the deposition (which lasted approximately twenty additional minutes), to prevent further violations of the protective order.

13. Once the record resumed, I moved to exclude Mr. Wunderler. In response, DiCorcia's counsel stated on the record, "You did designate the testimony about the medication as within the Protective Order, and if he did tweet about it, that would certainly be a violation of the Protective Order."

14. After the Court Reporter removed Mr. Wunderler from the deposition, Wunderler sent me an email in which he stated "Now wait to me [*sic*] see Editing of videos and deposition. Going to be Fun week. (Swift Production)." A true and correct copy of this correspondence is attached as **Exhibit E**.

15. The following day, after I sent Wunderler a cease-and-desist notice and attached copy of the Protective Order. In the email conversation, I expressly informed him of the confidentiality provisions and directed him to applicable rules. Wunderler stated that he "will be stitching the videos and MED talk with some memes and going to have some fun with it online." A true and correct copy of this correspondence is attached as **Exhibit F**.

16. On November 20, I corresponded with DiCorcia's counsel over the handling of the deposition and future designations. A true and correct copy of the correspondence is attached as **Exhibit G**.

### *Additional Instances of Wunderler's Misconduct*

17. On September 24, Wunderler authored several posts pictures of Baffert's family and home, including disparaging comments about the Bafferts. Mr. Wunderler also posted comments advertising his intent not to cooperate, including a statement that he would "wipe [his] ass" with any court orders. True and correct copies of these September 24, 2024 posts are attached as **Exhibit H**.

18. True and correct copies of several social media posts Wunderler authored on October 16, 2024, are attached as **Exhibit I**.

19. On November 15, 2024, Wunderler authored two social media posts in succession, true and correct copies of which are attached as **Exhibit J.**

20.    On September 24, 2024, Wunderler sent a "settlement offer" via email to me demanding that Plaintiff pay Wunderler $250,000 or else he would release "everything" he has on October 28. A true and correct copy of this correspondence is attached as **Exhibit K**.

21.    On October 30, 2024, Wunderler sent an email to me with the caption "Jill Baffert takes Ozempic." A true and correct copy of this correspondence is attached as **Exhibit L.** The email was posted contemporaneously on Swift's X page.

22.    Throughout this period, Wunderler published a series of posts directed at Clark Brewster and myself, who are counsel for Plaintiff. True and correct screenshots of these posts are attached as **Exhibit M**.

23.    On May 31, 2023, Wunderler authored a post stating that he received his $50,000 "for Mandaloun" he would never mention Baffert or his family again. This post is in apparent reference to a bet Wunderler placed on Mandaloun, the horse that finished second to Medina Spirit in the 2021 Kentucky Derby. A true and correct screenshot of this post is attached as **Exhibit N.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 21, 2024

*/s/Joseph C. DeAngelis*_____

Joseph C. DeAngelis

**Swift** @SwiftHitter · Nov 18
Student at TCU . Interesting



○ 4        ⇄        ♡        �|ᴵᴵ 3.1K        🔖  ⬆

**Swift** @SwiftHitter · Nov 18

○        ⇄        ♡        ᴵᴵᴵ 1K        🔖  ⬆





**Swift**
@SwiftHitter

···

## Linked**in**            Join now        **Sign in**

🔍 Bode Baffert

**Bode Baffert**

Student at Texas Christian University

Texas Christian University

La Canada Flintridge, California, United States · **Contact Info**

195 followers · 195 connections

**See your mutual connections**

11:51 AM · Nov 18, 2024 · **4,907** Views



**Swift**
@SwiftHitter

...



11:55 AM · Nov 18, 2024 · **1,056** Views

**Swift**
@SwiftHitter

Student at TCU . Interesting



11:56 AM · Nov 18, 2024 · **3,166** Views



**Swift**
@SwiftHitter

... 

They Grow up fast Jill



12:08 PM · Nov 18, 2024 · **1,473** Views





 **Swift**
@SwiftHitter

···

Baffert lawyer Joey D has been searching me and shoes Twitter and
adding shit to lawsuit for Baffert. Baffert has zero clue about this shit 😂
😂

Baffert is getting ass handed to em by Jeff Lewis



1:42 PM · Nov 19, 2024 · **6,087** Views

○ 1          ↑↓ 1          ♡ 11



**Notasharpgambler33** @sportsaddict112 · Nov 19          ···
Is this televised?

○          ↑↓          ♡ 1          ᶦᶦᶦ 122



**Swift**
@SwiftHitter

Holy Shit Bob Baffert Son went up to @barshoelife and called him a FAGG**T

1:47 PM · Nov 19, 2024 · **19.2K** Views

💬 19     🔁 2     ♡ 51     🔖     📤

(J) Post your reply     Reply

**Nick J. Hines "Sarge"** ▨ ✓ @Hinesite · Nov 19     ⋯
No he didn't. Ridic.

💬 6     🔁 1     ♡ 3     ᠁ 8.8K     🔖 📤

 **Swift**
@SwiftHitter                                          · · ·

Baffert is lying in COURT . Says he do t have me BLocked . Throw him in jail



**Bob Baffert** ✔
@BobBaffert

Official account of Bob Baffert. Hall of Fame Trainer of Triple Crown Champions American Pharoah (2015) and Justify (2018)

🔗 Bobbaffert.com    📅 Joined March 2016

**10** Following   **13.9K** Followers

**Posts**            Replies            Media

# @BobBaffert has blocked you

You can view public posts from @BobBaffert, but you are blocked from engaging with them. You also cannot

1:50 PM · Nov 19, 2024 · **6,114** Views

**Swift**
@SwiftHitter

Mean Tweets😭😭



1:55 PM · Nov 19, 2024 · **2,769** Views

**Swift**
@SwiftHitter

Bob Baffert just went up to his wife and said BITCH ANSWER THE DOOR
😂 😂 😂

2:03 PM · Nov 19, 2024 · **4,500** Views



**Swift**
@SwiftHitter

That was wild lol 😂

Jeff Lewis asked Baffert

Do you condone that language

> **Swift** @SwiftHitter · Nov 19
> Holy Shit Bob Baffert Son went up to @barshoelife and called him a FAGG**T

2:07 PM · Nov 19, 2024 · **4,432** Views

**Dr. Jack Knauf** @DegenFlingin · Nov 19
Who cares? What does that have to do with Bob- Shoe is a massive homo.

 **Swift**
@SwiftHitter

This was crazy. Jeff Lewis has put on a clinic. Excellent Lawyer A + workout

Joey D -  D - . Not prepaired. Client is fumbling around. Caught in multiple lies. Looks like a 5k claimer going against stakes horse

2:10 PM · Nov 19, 2024 · **4,319** Views

**Swift**
@SwiftHitter

Bob Baffert has no clue how to even use twitter lol 😬. He hasnt even
seen the tweets. Basically admitted this lawsuit a joke aided by his wife.

This is awful . Might have signs of Demnetia to. This is like end days of
Joe Biden

2:39 PM · Nov 19, 2024 · **5,514** Views

| ○ 4 | ↻ 1 | ♡ 48 | 🔖 | ↑ |

J  Post your reply                                          Reply

**Kevin McIntyre** ✓ @Kevin__McIntyre · Nov 19
Joe still causing troubles

BREAKING: US Leaders are calling for Biden's immediate removal under the
25th Amendment in response to his approval of Ukraine bombing Russia

| ○ | ↻ | ♡ | 📊 257 | 🔖 | ↑ |

**William McDonnell** @Horsesandstocks · Nov 19
He's used to softball questions from HRM.

| ○ | ↻ | ♡ 1 | 📊 231 | 🔖 | ↑ |

**Mandy** @Mirandalsos45 · Nov 19
Time for you to counter sue

| ○ | ↻ | ♡ 3 | 📊 254 | 🔖 | ↑ |

**Kent Anntleemeaux** @KAnntleemeaux · Nov 19



**Swift**
@SwiftHitter

···

I dont even think Baffert knew this was even a real lawsuit 😬 . His wife now has control over everything.  He has stated he never even seen the tweets no clue about videos lol . He says Mean tweets 😬



2:42 PM · Nov 19, 2024 · **2,799** Views

**Swift**
@SwiftHitter

...

Baffert might have dementia. This was a horrible performance by Baffert. I think maybe he has 1-2 years tops training horses. He is done. No way he shows up to barn early . He is in bad condition. This is Elderly absue

SF Bloodstock
Pegram
Starlight
Zedan

Shamefull

2:44 PM · Nov 19, 2024 · **2,810** Views

 **Swift**
@SwiftHitter
...

When Baffert forgot the Names of his horses live on TV . Im like he just a cold hearted cock sucker justa  number

HE LEGIT MIGHT HAVE DEMENTIA

2:46 PM · Nov 19, 2024 · **2,188** Views

 **Swift**
@SwiftHitter

Nick- Baffert son went up to @barshoelife and called him a Faggot. This is truth yes and in court record states this

 **Nick J. Hines "Sarge"** 🇺🇸 ✓ @Hinesite · Nov 19
Replying to @SwiftHitter and @barshoelife
**No he didn't. Ridic.**

2:47 PM · Nov 19, 2024 · **7,945** Views

 **Swift**
@SwiftHitter

···

**Your a Weasel**

 **me**                                                    4:21 PM  ☆
To Joey DeAngelis
Nov 19 at 4:21 PM

You getting your ass handed to you  by Jeff Lewis and
you worried about my tweets of me broadcasting your
ass whopping. That was a embarassing performance
by you and client today. Jeff wiped the floor with you . I
would rethink  being a lawyer. Thats just my honest
take. I handicap horses but your performance TODAY
STUNK. Like you went to law school to allow your
client to get dragged over the coals

Now wait to me see Editing of videos and deposition

Going to be Fun week  . ( Swift production)

3:21 PM · Nov 19, 2024 · 8,333 Views

 **Swift**
@SwiftHitter                                                                ...

Joey Gave up 16 runs in 4 innings

Baffert needs to call in Clark Brewster

This kid Joey is not good Lawyer

Milking Baffert for this nonsense



Joseph C. De Angelis
*Trial Attorney*

3:32 PM · Nov 19, 2024 · **1,940** Views

**Swift**
@SwiftHitter

If you ever need a Lawyer . Jeff Lewis is the man. Absolute clincial display today

Baffert was stumbling over his words
He basically admitted he still uses a Vet thats been banned by CHRB 
He admitted he has no clue what Vets give his horses
Baffert legit might have dementia



Jeff Lewis Law, APC                    Visit >

3:47 PM · Nov 19, 2024 · 2,151 Views



**Swift**
@SwiftHitter                                      ...

Best Part of this ass beating

Jeff Lewis goes to Baffert . I want to look into your eyes and soul and Tell
you are a lying horse killing son of a bitch . Take off those sun glasses
now you Pervert



4:03 PM · Nov 19, 2024 · **5,344** Views

 **Swift**
@SwiftHitter                                          ...

Joey Fucked up and liked a tweet

And Jeff ran him over like Dude your liking tweets lol 😂



4:07 PM · Nov 19, 2024 · **3,437** Views

**Swift**
@SwiftHitter

···

Baffert is biggest piece of trash lol horse killer . Today I actually feel bad.
He might have dementia. He has zero clue whats going on

Like he doesnt know what planet were on



James B. ✓ @GodsTipster · Nov 19
Replying to @SwiftHitter
Who plays Baffert when this is released as a movie? 🍿 🎥

4:09 PM · Nov 19, 2024 · **4,034** Views

**Swift**
@SwiftHitter                                                                    ...

This is Jill Biden/ Joe Biden situation

Baffert has some sort of dementia or something going on. . He was out
there . Like space cadet



 Joe Hussey @Joe_Hussey13 · Nov 19
Replying to @SwiftHitter
Was gonna say. Ur previous post sounds like someone else is running the
show behind closed doors. He looked lost at that football game lmao

4:14 PM · Nov 19, 2024 · **4,266** Views

   ○ 1      ↑↓      ♡ 4      ◻      ↑

J    Post your reply                       Reply

Joe Hussey @Joe_Hussey13 · Nov 19                                              ...
It could also be an act so they can deem him incompetent.don't buy it
totally.I don't wanna overthink this but him trying to silence you is strange
to me.He must know there's a lot that people shouldn't know and when this
all comes out he won't be able to "remember"/stand trial

   ○ 2      ↑↓      ♡ 1      ιlι 141      ◻ ↑





**Swift**
@SwiftHitter                                    ...

Best Part of Baffert Lawsuit 😂

He has no clue about video 😂 😂

Hes like what video 😂 😂 😂 😂

5:05 PM · Nov 19, 2024 · **6,476** Views


**Swift**
@SwiftHitter

···

Moment you realize the plantiff is  Weekend at Bernies and doesnt have a clue ▓▓▓▓▓▓▓▓▓or giving to the horses he trains😂



5:29 PM · Nov 19, 2024 · **2,532** Views





**Swift**
@SwiftHitter

3)Didnt blame me or shoe
4)His wife is on ozempic
5)His son Bode  takes otomax for rashes

This shit is getting wild



2:00 PM · Nov 19, 2024 · **9,616** Views

○ 6        ⇄ 2        ♡ 13        🔖        ⬆️

J    Post your reply                    Reply

**Derek** @MusicandTurf · Nov 19                    ···



○        ⇄        ♡ 3        ᴸ 440        🔖   ⬆️


EXHIBIT C





**Swift**
@SwiftHitter                                                    ...

I think man has dementia. ████████████████ or horses
name

This is sad. His responses today

Space cadet

████████████████████

**Swift** @SwiftHitter · Apr 19
Bob Baffert lives in a big time mansion in Cali , him and his wife drive Bentleys
to stable with dead horses names on lisence plates. Blood that he sheds/
butcher

" Horse that got hurt" ...
Show more

4:24 PM · Nov 19, 2024 · **4,434** Views



**Swift**
@SwiftHitter

In the Depo he lied about ▮▮▮▮▮▮▮▮▮▮ Lol

> **Mike Goodrich** ✓ @CoachGoodrich · Nov 19
> Replying to @CoachGoodrich and @SwiftHitter
> Just settled ▮▮▮▮▮▮
> Can't admit anything.
> Ur the last thom in his side I bet.

7:30 PM · Nov 19, 2024 · **5,010** Views



3:04 PM · Nov 20, 2024 · **2,098** Views





😂😂😂. ▓▓▓▓▓▓▓▓▓▓▓ 😂

▶ ▶ ▶ ▶ ▶ ▶ ▶

of the deposition involving negotiations with Churchill and Mr. Baffert's health information as subject to the protective order. That means you were forbidden by C order from disclosing such matters to the public. You present and therefore were made clearly aware that discussing these matters on social media was prohibit Court order.

3:12 PM · Nov 20, 2024 · 1,997 Views



**Swift**
@SwiftHitter

Going to mix in videos of the deposition and other videos and Thats a LIE Meme😂

Lying under oath . Shame

3:41 PM · Nov 19, 2024 · **1,806** Views

❤ 2



EXHIBIT
D

**Swift**
@SwiftHitter

Yes going to edit deposition video/ and videos . Throw in some funny memes

Give me couple days. Shits getting released

> **J Kamis** @JerseyJosh13 · Nov 19
> Replying to @SwiftHitter
> Well then, how about a double feature

5:14 PM · Nov 19, 2024 · **3,612** Views

💬 2          ↻          ♡ 2          🔖          ↥

(J)  Post your reply                              Reply

**J Kamis** @JerseyJosh13 · Nov 19



⬡ II  GIF

♡          ↻          ♡ 1          ᴵ|ᵢ 92          🔖 ↥

**MartyO** @martinowenberg · Nov 19
Lol

♡          ↻          ♡          ᴵ|ᵢ 68          🔖 ↥




**Swift**
@SwiftHitter                                         ...

Yep. Going to throw in deposition video

Some funny ass Memes.

He lied about a lot of shit today. Bad day under oath

> **Scotty Z.** @TheReal99CentS1 · Nov 19
> Replying to @SwiftHitter
> Oh shit! Soooooooo. Video?!

5:16 PM · Nov 19, 2024 · **4,120** Views



**Swift**
@SwiftHitter

···

Cant believe they kicked me out . I wasnt saying a word. Its all good I
recorded that shit .



5:26 PM · Nov 19, 2024 · 2,858 Views



**Swift**
@SwiftHitter

Baffert Lawyer trying ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



2:58 PM · Nov 20, 2024 · **16.1K** Views

**Swift**
@SwiftHitter

My Response



2:59 PM · Nov 20, 2024 · **6,493** Views

Post your reply

**stakesbarn** @stakesbarn · 23h
This is alot more fun than watching WWWIII begin.

**i look this old** @ZientakbBrian · 23h
Let your attorney read any correspondence that you have before you reply. You really don't want to screw up and do or say something that may be damning. Good luck kid.

**Steven Garren** @coachgarren · Nov 20
The PS is phenomenal! If you ever made it important enough to utilize accurate structure and grammer; you'd be interestingly more dangerous.

**Johnny Mac Hayes** @johnmac27 · 23h
Help yourself, let your lawyer help you. You'll be thankful you did. Why risk getting in trouble when your lawyer can provide legal advice on whether posting that private stuff amounts to contempt?

**Titus Sinclair** @sinclair_titus · Nov 20
That last sentence before the PS broke me 😂😂😂



**Swift**
@SwiftHitter

This will be in Meme Video or Medina Spirit video . And yes its on Mute . Saving it for LOLS on meme video



3:18 PM · Nov 20, 2024 · **3,650** Views



**Swift**
@SwiftHitter

Shoes lawyer agreed I have right be in . But I had no clue about protective order . I was just told not to live feed it or make ass . I agreed and they still kicked me out

> 🧑 Bernie Lootz @bernielootz34 · Nov 20
> Replying to @SwiftHitter
> This might be a dumb question but why would Shoe's lawyer agree that you violated the order if you knew nothing about it?

3:20 PM · Nov 20, 2024 · **3,066** Views

💬 1        ↻        ♡ 1        🔖        ⬆

J  Post your reply                                    Reply

Bernie Lootz @bernielootz34 · Nov 20
Right but in his email to you it says Shoe's lawyer agreed you violated the order. Why would he say that?
💬 2        ↻        ♡        ılıl 154        🔖  ⬆

Swift @SwiftHitter · Nov 20
See that. Didnt know that. Guess its protective order from March lol. Did not recall or realize that
💬        ↻        ♡        ılıl 130        🔖  ⬆





**Swift**
@SwiftHitter

···

For the Record I have not been Served of this lawsuit and any protective
order. They still have not served me



4:04 PM · Nov 20, 2024 · 4,025 Views



**Swift**
@SwiftHitter

···

I did not agree make audio and video protective order. Im listed on lawsuit. I did not agree . I did not know about potective order

I have a right to release all videos and deposition right where Baffert lied under oath Multiple times and can be proven

> "Myself and Mr.Lewis agreed to make the video and audio of the deposition subject to the protective order" Are you listed as co-defendants on this case or are the cases split?
> I'm not fully versed in US Laws but as a co-defendant (pro se) if Lewis isnt representing you, you would've had to agreed to that condition.
>
> If you 100% did not – I don't see how this is an issue.

5:12 PM

Lewis is not representing me

Im listed as co defendant

5:13 PM · Sent

4:15 PM · Nov 20, 2024 · **1,826** Views



**Swift**
@SwiftHitter

Bingo.

1) I did not know about any protective order or agree about confidential
2) I did not sign any documents or court doucments
3) I still have not been served

I can release Videos of deposition right?

5:13 PM

> If you didn't agree to make the
> deposition subject to the
> protection order – this is all
> bullshit talk lol. Unless your laws
> are massively different they
> obviously don't want you
> broadcasting it.. seems to be
> scare tactics threatening cease
> and desists.

5:15 PM

4:17 PM · Nov 20, 2024 · 3,055 Views

**Joey DeAngelis**

| | |
|---|---|
| **From:** | meatball sauce <meatball92448@yahoo.com> |
| **Sent:** | Tuesday, November 19, 2024 3:21 PM |
| **To:** | Joey DeAngelis |
| **Subject:** | Your a Weasel |

You getting your ass handed to you by Jeff Lewis and you worried about my tweets of me broadcasting your ass whopping. That was a embarassing performance by you and client today. Jeff wiped the floor with you . I would rethink being a lawyer. Thats just my honest take. I handicap horses but your performance TODAY STUNK. Like you went to law school to allow your client to get dragged over the coals

Now wait to me see Editing of videos and deposition

Going to be Fun week . ( Swift production)



1

## Joey DeAngelis

**From:** Joey DeAngelis
**Sent:** Wednesday, November 20, 2024 3:20 PM
**To:** 'meatball sauce'
**Subject:** RE: Baffert v Wunderler - Violations of Protective Order

Mr. Wunderler,

The protective order issued on March 6, 2024, while you were represented by Scott Norman. You were served that same day through ECF notice from the Court.

I attached the protective order to my previous email for your convenience. Please review paragraphs 6 and 7. Also review the preamble to Judge Huie's Rules for civil matters, which states that pro se litigants are expected to follow Court rules, and review Local Rule 83.1, which states that the failure of "any party" to comply with "any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court, including, without limitation, dismissal of any actions, entry of default, finding of contempt, imposition of monetary sanctions or attorneys' fees and costs, and other lesser sanctions."

Judge Huie's rules can be found here:
https://www.casd.uscourts.gov/judges/huie/docs/Huie%20Civil%20Procedures.pdf

The Local Rules can be found here: https://casd.uscourts.gov/_assets/pdf/rules/2023.11.09%20Local%20Rules.pdf

You could not claim ignorance up to this point, and you certainly cannot claim ignorance moving forward. We are interpreting your email as an acknowledgement that you will not be voluntarily complying with the Protective Order in this case and that you intend to commit further violations.

Best,

Joseph C. DeAngelis
**Brewster & DeAngelis, PLLC**
2617 E. 21st Street
Tulsa, Oklahoma 74114
(918) 742-2021 – Telephone
(918) 742-2197 – Facsimile
Website: www.brewsterlaw.com
Email: JCDeAngelis@brewsterlaw.com

**Disclaimer:** This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure, and recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

**From:** meatball sauce <meatball92448@yahoo.com>
**Sent:** Wednesday, November 20, 2024 2:58 PM
**To:** Joey DeAngelis <JCDeAngelis@brewsterlaw.com>
**Subject:** Re: Baffert v Wunderler - Violations of Protective Order



EXHIBIT
F

1

Joey D  you ok from ass beating yesterday from Jeff Lewis . It happens to us all. Bad days at Work.
YOUR CLIENT LIED UNDER OATH MULTIPLE times  also CD kicking my ass today ask Jill if
Barnes is real deal next week?.. I didnt sign no papers or was aware of any protective orders. I have
not recicved anything from the courts about this being protective order I DONT RECALL ANY COURT
ORDER . Dont I have to be served. Or on record or acknowledge that from the court. ████████
████████████████████████ . Your client didnt even know this was a lawsuit. You and his
Ozempic  injecting wife have pieced together this lawsuit and make him sign off on it. Lets be
HONEST. Baffert doesnt even know what Date it is. This is Jill Baffert lawsuit and your just being
bitch boy. How much do you bill them per hour. ?


I will be stiching the videos and ████████ with some memes and going to have some fun with it
online. Just like you and your client like to have fun milking the client and try milk me Lawyer $ out of
me and shoe . This is a silly lawsuit and you should be fucking embarrased your emailing some
degenrate with meatball sauce as his email




PS Settlement is Still open ✅

On Wednesday, November 20, 2024 at 01:44:55 PM EST, Joey DeAngelis <jcdeangelis@brewsterlaw.com> wrote:


Mr. Wunderler,



You were reminded at the beginning of Mr. Baffert's deposition that a protective order has been entered in this case.
Myself and Mr. Lewis agreed to make the video and audio of the deposition subject to the protective order, meaning that
the audio or video must be used exclusively for litigation purposes. That designation was made on the record and was
effective as of the beginning of the deposition. You were clearly made aware of the protective order from the Court which
prohibited you from using the images from the deposition or deposition feed on social media. You were present when this
was explained to you on the record, and you raised no issue or objection to the terms of the order.



Pursuant to the protective order, I also designated portions of the deposition involving negotiations with Churchill Downs
and Mr. Baffert's health information as subject to the protective order. That means you were forbidden by Court order from
disclosing such matters to the public. You were present and therefore were made clearly aware that discussing these
matters on social media was prohibited by Court order.



Reviewing your twitter feed, you have committed over 40 violations of the protective order, each of which is separately
punishable as contempt of court. These violations include screenshots of the deposition, conversion of images of the
deposition into "memes," and the disclosure or purported disclosure of information expressly designated as confidential.
Of note, Mr. Lewis agreed on the record that you had violated the protective order. You have also sent me an email
stating your intent to further violate the protective order, including "editing" the deposition video and releasing your edited
version to the public.

You are directed to cease and desist further violations of the protective order. You are further directed to preserve all communications you have had with anyone about Mr. Baffert's deposition.

Finally, this serves as additional written notice, pursuant to the attached protective order, that the video and audio of the deposition is expressly deemed confidential.

Best,

Joseph C. DeAngelis

**Brewster & DeAngelis, PLLC**

2617 E. 21st Street

Tulsa, Oklahoma 74114

(918) 742-2021 – Telephone

(918) 742-2197 – Facsimile

Website: www.brewsterlaw.com

Email: JCDeAngelis@brewsterlaw.com

**Disclaimer:** This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure, and recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

3

**Joey DeAngelis**

| | |
|---|---|
| **From:** | Jeff Lewis <jeff@jefflewislaw.com> |
| **Sent:** | Wednesday, November 20, 2024 6:05 PM |
| **To:** | Joey DeAngelis |
| **Subject:** | RE: Video Conferencing Link for Bob Baffert, et al v. Justin Wunderler, et al., deposition of Bob Baffert on Tuesday, November 19, 2024, at 10:00 AM PST |

I agree with your approach, Joey.

Jeff Lewis

**Jeff Lewis Law, APC**
827 Deep Valley Drive, Suite 209 • Rolling Hills Estates, CA • 90274
Tel. (310) 935-4001 • Email: Jeff@JeffLewisLaw.com • Web. JeffLewisLaw.com

Certified Appellate Specialist
Certified by The State Bar of California

*This message may be covered by the attorney-client, attorney work product and/or other applicable legal privileges. Unauthorized possession or use of this e-mail is prohibited. If you are not the intended recipient of this e-mail, please contact the sender immediately.*

On Wed, Nov 20, 2024 at 2:54 PM, Joey DeAngelis <JCDeAngelis@brewsterlaw.com> wrote:

I understand. I don't intend to make the entire deposition transcript confidential; I don't want to make my life difficult either when I use it. My reading of paragraph 6(c) of the protective order is that the entire deposition has to bear the designation "confidential," and I must promptly identify the portions I believe are confidential within 14 days of receipt of the transcript. Once I do that, we can (and will) lift the confidentiality of the remainder by agreement (paragraph 7).

**From:** Jeff Lewis <jeff@jefflewislaw.com>
**Sent:** Wednesday, November 20, 2024 4:34 PM
**To:** Joey DeAngelis <JCDeAngelis@brewsterlaw.com>
**Subject:** Fwd: Video Conferencing Link for Bob Baffert, et al v. Justin Wunderler, et al., deposition of Bob Baffert on Tuesday, November 19, 2024, at 10:00 AM PST

Joey,

Re the below email and instructions re confidentiality, I do not contest your designation of confidentiality for the video and audio recordings of the deposition. I also do not contest the designation of testimony about medical and health as subject to the protective order.

EXHIBIT
**G**

1

I do contest the below email if you are suggesting that every single page of the deposition is now subject to the protective order. That's a bit overbroad and will make my life difficult regarding future court filings.

Jeff Lewis

Tel. (310) 935-4001

Web. JeffLewisLaw.com

---------- Forwarded message ---------
From: **TrialBase Support** <info@trialbase.com>
Date: Wed, Nov 20, 2024 at 10:14 AM
Subject: Re: Video Conferencing Link for Bob Baffert, et al v. Justin Wunderler, et al., deposition of Bob Baffert on Tuesday, November 19, 2024, at 10:00 AM PST
To: Joey DeAngelis <JCDeAngelis@brewsterlaw.com>
Cc: <tim@jefflewislaw.com>, <kyla@jefflewislaw.com>, <jason@jefflewislaw.com>, Jammie Bell <jammie@jefflewislaw.com>, Jeffrey Lewis <jeff@jefflewislaw.com>, <hprescott@brewsterlaw.com>, Clark O. Brewster <cbrewster@brewsterlaw.com>, Calendar SF <calendar@legalpointcorp.com>

Dear Mr. DeAngelis,

Confirming receipt of the protective order for this deposition. All parties will be notified as soon as the video recording of this deposition is produced and uploaded to our portal.

Thank you,
Ashley
_____
TrialBase Support
support@trialbase.com

On Wed, Nov 20, 2024 at 9:55 AM Joey DeAngelis <JCDeAngelis@brewsterlaw.com> wrote:

Good morning,

2

I represent the plaintiff in this deposition. This deposition is subject to a protective order. One of the defendants in this case is actively violating that protective order. Could you please provide the video recording ASAP? A prompt response is crucial to protect my client's privacy interests. We can forward payment if necessary.

Also, pursuant to the above protective order, the transcript needs to be designated "confidential" on each page. The attorneys will work out which portions may be released to the public.

Thank you.

Joseph C. DeAngelis

**Brewster & DeAngelis, PLLC**

2617 E. 21st Street

Tulsa, Oklahoma 74114

(918) 742-2021 – Telephone

(918) 742-2197 – Facsimile

Website: www.brewsterlaw.com

Email: JCDeAngelis@brewsterlaw.com

**Disclaimer:** This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure, and recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

---

**From:** TrialBase <info@trialbase.com>
**Sent:** Thursday, November 14, 2024 12:00 PM
**To:** tim@jefflewislaw.com; kyla@jefflewislaw.com; jason@jefflewislaw.com; Jammie Bell <jammie@jefflewislaw.com>; Jeffrey Lewis <jeff@jefflewislaw.com>; Joey DeAngelis <JCDeAngelis@brewsterlaw.com>; Heather Prescott <HPrescott@brewsterlaw.com>; Clark Brewster <cbrewster@brewsterlaw.com>
**Subject:** Video Conferencing Link for Bob Baffert, et al v. Justin Wunderler, et al., deposition of Bob Baffert on Tuesday, November 19, 2024, at 10:00 AM PST

3

View details inside

**TRIAL**BASE    Trial Ready. Already.

This is a reminder for the deposition of Bob Baffert in Bob Baffert, et al v. Justin Wunderler, et al. set for Tuesday, November 19, 2024, at 10:00 AM PST.

Please use this video conferencing link to login into the deposition session:
https://trialbase.zoom.us/j/98626552980?pwd=a7L12YKwOHtTvpSL8s7zQo0ns92zNk.1

Meeting ID: 98626552980
Passcode: 11919

TrialBase automates deposition scheduling and provides attorneys with direct access to experienced, certified court reporters. Learn More

© 2024 TrialBase, Inc., 370 7th Street, Suite 11, San Francisco, CA 94103

4

 **Swift** @SwiftHitter · Sep 24      ...
No his bitch ass son  probably has some of his other rich friends over and
his gay older brothers from another Baffert relationship



**Slappy White** @Slappy_White1 · Sep 24
Replying to @SwiftHitter
You think Bob goes out and shoots jumpers on that court?

💬          ↻          ♡ 4          �ᵒₗₗ 4.1K          🔖 ᐸ

EXHIBIT
H

 **Swift** @SwiftHitter · Sep 24    ···
Bob Baffert and Jill Baffert live in a mansion in Cali , on back of horse racing and blood shed of horses. They can play for cameras and fake tears but life of luxury on back of animals blood. They dont care



**Bob Baffert's House in La Canada Flintridge, CA (Google Maps)**    [ Visit > ]

💬 4          🔁          ♡ 11          📊 5.1K          🔖  ⬆



Swift @SwiftHitter · Sep 24

**Re: Bob Baffert v. Daniel DiCorcia and Justin Wunderler, Case No.: 23-CV-1774-RSH-BLM**

me                                    6:27 PM ☆
To Joey DeAngelis
Sep 23 at 6:27 PM

🔗 2 attachments

I can speak for myself here. I will not be cooperating with any discoverey phase. I will not be cooperating with Bafferts or any lawyers. I will not be answering ANY questions. You will get your default judgement against me just like my so called " ex girlfriend" which you clowns mentioned in lawsuit. On Oct 28th I will be releasing on my X account

- videos
- death photos of horses
- vet reports I attained

Detailed Reporting

1st Ammendant Free Speech

Swift @SwiftHitter · Sep 24

○ 21          ⇄ 6          ♡ 58          ᵢₗᵢ 27K          🔖     ⬆

This is me speaking Justin Wunderler and not my lawyer . Yes you guys have moved for your default judgement and you will get your default judgement. Didnt you go to law school? That is how the court and system works. I mean I guess you can have judge put sanctions on me to answer the questions and chances are I will wipe my ass with them. On OCT 28th I plan to release all videos/ documents and vet reports on my X platform. Then maybe you guys can evaulate them and see what I did wrong and then add on or maybe another law suit



**Swift** @SwiftHitter · Oct 16
Yeah lol . Some friend lol . And like I have always stated no plan or gimmick
or shit and have mainted videos are real

> **Bernie Lootz** @bernielootz34 · Oct 16
> So Shoe goes from doing a Spaces and bragging about his new
> followers because of the Spaces to wanting Swift to take the fall for
> him? Am I reading that right? x.com/charlieb_____.-

○          �17          ♡ 4          ░ 4.5K          🔖  ⬆

**Swift** @SwiftHitter · Oct 16
allegedly Clark Brewster is a Furry.  Clark likes to dress up as a Gerbel



○ 2          �17 1          ♡ 8          ░ 2.9K          🔖  ⬆

**Swift** @SwiftHitter · Oct 16
Yes Bob Baffert killed Cave Rock and covered it up lol

○          �17 2          ♡ 2          ░ 4.3K          🔖  ⬆

**Swift** @SwiftHitter · Oct 16
28th going be bad day lol

○          �17          ♡ 2          ░ 1.8K          🔖  ⬆

EXHIBIT
I



Swift @SwiftHitter · Nov 15

Essentially, **the video deposition can be shared with whomever the party in possession of the video wishes to share it**.

http://campbelllawobserver.com › ...

Can Video Depositions Be Shared With Anyone, Anywhere, at Any Time?

♡ 2    1.8K

Swift @SwiftHitter · Nov 15

GIF    NETFLIX

♡ 2    1.5K



EXHIBIT J

**Joey DeAngelis**

| | |
|---|---|
| **From:** | meatball sauce <meatball92448@yahoo.com> |
| **Sent:** | Tuesday, September 24, 2024 10:49 AM |
| **To:** | Peter Rinato; Joey DeAngelis |
| **Cc:** | Clark Brewster |
| **Subject:** | Re: Bob Baffert v. Daniel DiCorcia and Justin Wunderler, Case No.: 23-CV-1774-RSH-BLM |
| **Attachments:** | IMG_9915.jpeg; IMG_9915.jpeg |

My final offering on settlement.

250k (Two Hundred Fifty Thousand ) to me
I will delete my twitter. Your clients never have worry about me mentioning them ever again
I scrap videos/ vet reports/ all photos
I scrap Medina Spirit Documentary im working on that I have put money into
Your clients drop lawsuit against me
I will sign a NDA


Or You get your judgement. Will be a deault judgement. I plan on releasing everything I have on Oct 28th Monday on my X platform


I will not give up my sources. I will not answer any discoverey questions. If we cant come to a settlement then so be it. The attached photo which has already been posted on X . These are clients you represent. I will not back down unless settlement reached



1

**Joey DeAngelis**

| | |
|---|---|
| **From:** | meatball sauce <meatball92448@yahoo.com> |
| **Sent:** | Wednesday, October 30, 2024 5:31 PM |
| **To:** | Joey DeAngelis |
| **Subject:** | JILL Baffert takes ozempic |

It has to suck to go to law school and your combing thru some degenerate asshole tweets. I do plan to release the videos just have to protect my source of information. Unlike you I do sort of have a backbone. It does have to suck tho that your fancy law degree you will get outsmarted . Im perfectly ok with the Judge ruling for a Judgement for Bafferts. Tit pic chick as well . Sorry Not going get dime from me. Not spending any more $ on lawyers as well. Hope your client has a very good Breeders Cup. Have a lovely weekend as well reading my tweets.



**Swift** @SwiftHitter · Sep 26    ···
I mean @JeffLewisLaw is destroying **Clark Brewster**

Hey @ZedanRacing and Baffert maybe should dump **Clark**. Guy doesnt win
for you



👤 **Charles** @charlieb_____ · Sep 25
🚨🚨🚨🚨 Bob Baffert Lawsuit Alert

In a court filing filed this evening, Barshoe @barshoelife seeks over
$160,000 in ANTI SLAPP attorney fees from Bob Baffert after partially
prevailing in dismissing most of of lawsuit. ...

💬          ↻          ♡ 5          �᠁ 3.2K          🔖  ⬆

Posted 8:40 AM Central





Posted 11:41 AM



**Swift** @SwiftHitter · Oct 16

allegedly **Clark Brewster** is a Furry. **Clark** likes to dress up as a Gerbel

Posted 2:57 PM Central Time

 **Swift** @SwiftHitter · Nov 16    ···

Bob Baffert is a Horse Killer that has cheated the system. Used all kinds of Drugs . His Vet had no control . Tuesday he will face a deposition .

Then the Hammer. 🔨 🔨 🔨

Hey **Joey** never thought you get outsmarted by dude that cant spell . Did you



○ 3          ↻ 3          ♡ 27          ᴊ∥ 4.7K          🔖   ⬆️

Posted 9:52 AM Central

 **Swift** @SwiftHitter · Nov 19
**Joey** Gave up 16 runs in 4 innings                                           ...

Baffert needs to call in **Clark Brewster**

This kid **Joey** is not good Lawyer

Milking Baffert for this nonsense



Joseph C. De Angelis

○        �averse        ♡ 3        �ᴐˡ⅃ 1.9K        🔖 ⬆

Posted 3:32 PM



**swift** ✔️
@SwiftHitter

If I get my 50k from Mandloun winning the Derby , I wont mention Baffert or his wife kids again.



laz @lzrs_rvn · 30m
Do you wake up and think about him? Or do you wake up and see something about him and then get triggered...

8:07 AM · 5/31/23 from Earth · **1,270** Views

Tweet your reply



EXHIBIT
N