UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>JUSTIN A. WUNDERLER and DANIEL DICORCIA,<br><br>                                 Defendants. | Case No.: 23-cv-1774-RSH-BLM<br><br>**ORDER AND PRELIMINARY INJUNCTION**<br><br>[ECF Nos. 66, 68] |

Before the Court is a motion for a temporary restraining order and injunction against defendant Justin Wunderler filed by plaintiff Bob Baffert. ECF No. 68. The Court heard oral argument on November 26, 2024. For the reasons stated on the record, the Court **ORDERS** as follows:

1. Mr. Wunderler is reminded he is bound by and must continue to comply with the Court's March 6, 2024 Protective Order. ECF No. 29. Pursuant to the Protective Order, Mr. Wunderler is prohibited from publicly disclosing any materials designated by the Parties as "CONFIDENTIAL" or "CONFIDENTIAL—FOR COUNSEL ONLY." *Id.* ¶¶ 7–10. Mr. Wunderler may object to the designation of materials through the procedure set forth in the Protective Order. *Id.* ¶ 13.

2. Mr. Baffert's November 19, 2024 deposition having been designated as "CONFIDENTIAL" pursuant to the Court's March 6, 2024 Protective Order, Mr. Wunderler is ordered to immediately take down any posts on "X" or any other platform that publicly disclose screenshots, excerpts, transcripts, or recordings of Mr. Baffert's November 19, 2024 deposition, or that otherwise reveal the substance of this deposition.

**IT IS FURTHER ORDERED** that Mr. Wunderler is preliminary enjoined as follows:

1. Mr. Wunderler is enjoined from posting threatening or harassing content about Mr. Baffert, Mr. Baffert's family, or Mr. Baffert's counsel in this litigation on the social medial platform "X" or any other publication, website, online forum, social media, or review applications.

2. Mr. Wunderler is ordered to take down—within five days after the entry of this Order—the posts at Plaintiff's Exhibit A [ECF Nos. 67-3, 68-1 at 9–13] in support of Plaintiff's motion for a temporary restraining order and injunction depicting or relating to Plaintiff's son.

At the hearing, Mr. Wunderler agreed to the entry of this preliminary injunction for the pendency of this action.

Finally, the Court **GRANTS** Plaintiff's motion to seal [ECF No. 66]. Plaintiff has filed his motion for a temporary restraining order and injunction in the public record with no redactions. ECF No. 68. Plaintiff has also filed in the public record a redacted version of the exhibits to this motion. ECF No. 68-1. Upon review, the Court concludes the redactions here are narrowly tailored to redact material that has been designated "CONFIDENTIAL" pursuant to the Court's Protective Order. Compelling reasons exist to accept those filings under seal for the time being. This Order is without prejudice to any Party challenging those redactions in the event the redacted material is ultimately determined not to be confidential.

///

///

The Court **DIRECTS** the Clerk of Court to file under seal the documents currently lodged at ECF No. 67.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
Hon. Robert S. Huie
United States District Judge