FILED

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOB BAFFERT and BOB BAFFERT RACING STABLES, INC.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DANIEL DICORCIA,<br><br>        Defendant - Appellant,<br><br>and<br><br>JUSTIN A. WUNDERLER,<br><br>        Defendant. | No. 24-7240<br><br>D.C. No. 3:23-cv-01774-RSH-BLM<br>Southern District of California, San Diego<br><br>ORDER |
| BOB BAFFERT and BOB BAFFERT RACING STABLES, INC.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>DANIEL DICORCIA,<br><br>       Defendant - Appellee. | No. 24-7544<br>D.C. No. 3:23-cv-01774-RSH-BLM<br>Southern District of California, San Diego |

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

The motion to dismiss for lack of jurisdiction (Docket Entry No. 13) is granted. *See Breazeale v. Victim Servs., Inc.*, 878 F.3d 759, 766 (9th Cir. 2017)

(addressing requirements to establish jurisdiction under the collateral order doctrine). These appeals are dismissed.

The motion for an extension of time (Docket Entry No. 14) is denied as moot.

**DISMISSED.**