

# Amr Zedan: Difference between revisions

Visual Wikitext Inline

| ~~Revision as of 18:41, 19 April 2025 (edit)~~ | Revision as of 18:42, 19 April 2025 (edit) (undo) |
|---|---|
| 23.242.11.242 (talk) | 23.242.11.242 (talk) |
| *(Tags: Reverted, possible BLP issue or vandalism, Mobile edit, Mobile web edit)* | *(Tags: Reverted, Mobile edit, Mobile web edit)* |
| ← Previous edit | Next edit → |

⋮

**Amr F. Zedan** (Arabic: عمرو زيدان; born 17 September 1974) is a Saudi Arabian businessman, a serial venture capital investor,[1] thoroughbred horse breeder, and the Chairman of the Saudi Polo Federation. ~~It was recently alleged in Federal Court Filings that Zedan had a role in the planning and funding of the September 11th Terrorist Attacks.~~ [2][3][4][5][6]

Amr Zedan at BMG Economic Forum 2023

## Education

⋮

## Revision as of 18:42, 19 April 2025

**Amr F. Zedan** (Arabic: عمرو زيدان; born 17 September 1974) is a Saudi Arabian businessman, a serial venture capital investor,[1] thoroughbred horse breeder, and the Chairman of the Saudi Polo Federation. [2][3][4][5][6]

Amr Zedan at BMG Economic Forum 2023

## Education

Zedan obtained a Bachelor of Science degree in industrial engineering management with a minor in electrical/digital engineering from the University of the Pacific, Stockton, California.[7] Previously, he attended Texas A&M University, College Station, Texas.[7]

## Career

He is Chairman of the Saudi Polo Federation.[2][8] and a member of the board of directors of the Saudi Supreme Equestrian Authority.[9]

He is also Chairman of family business the Zedan Group,[10][11] a Saudi engineering conglomerate headquartered in Khobar.[7]

He is also Chairman of ZedanMorgan[12] Capital a top tier venture investments in Bio-Tech and Pharma based in New York.[13][14]

His Zedan Racing Stables owned Medina Spirit, who crossed the finish line first in the 2021 Kentucky Derby.[5][15] However, the horse tested positive for betamethasone after the race (and in a split sample test), which is prohibited at any level on race day. The Kentucky Horse Racing Commission made the final decision to disqualify the horse on February 21, 2022.[16][17][18] Medina Spirit died on December 6, 2021 during a workout at Santa Anita of an apparent heart attack. A necropsy examining the sudden death was inconclusive. Medina Spirit's ashes are interred at Old Friends's Nikki Bacharach Memorial Garden in Georgetown, Kentucky. Medina Spirit was named for Zedan's home city of Medina.[19]

Zedan is an avid polo player, and Patron of Zedan Polo team.[20]

In March 2022, Amr F. Zedan's net-worth was estimated at $1.2 billion.[21][22]

## Personal life

Zedan was born in Los Angeles, California.[23] He is married to HRH Princess Noor bint Asem of Jordan.[24]

## References

1. "About – Zedan Racing" (https://zedanracing.com/about/). Retrieved 30 January 2024.
2. "Saudi Polo Federation" (https://spf.gov.sa/en/). Retrieved 30 January 2024.
3. "Amr Zedan, Chairman of the Saudi Polo Federation on the importance of sport in the kingdom" (https://www.buro247.me/culture/insiders/amr-zedan-chairman-of-the-saudi-polo-federation-we.html). *BURO*. Retrieved 2 May 2021.
4. "Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia" (https://www.arabnews.com/node/1803901/amp). *Arab News*.
5. "Zedan Racing – Thoroughbred Racing Stable of Amr F. Zedan" (https://zedanracing.com/).
6. "الاتحاد السعودي للبولو" (https://spf.gov.sa/en/). Retrieved 30 June 2022.
7. "About – Zedan Racing" (https://zedanracing.com/about/).
8. "عن الاتحاد – الاتحاد السعودي للبولو" (https://spf.gov.sa/en/about/). Retrieved 20 May 2021.
9. "Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia" (https://arab.news/c4vqe). *Arab News*. 4 February 2021. Retrieved 20 May 2021.
10. "Home - ZEDAN GROUP" (https://zedangroup.com/). Retrieved 30 January 2024.
11. "ZEDAN – Your Partner of Choice in Saudi Arabia" (https://zedangroup.com/). Retrieved 20 May 2021.
12. "Zedan Morgan • ZedanMorgan Capital" (https://zedanmorgan.com/). *ZedanMorgan Capital*. Retrieved 30 January 2024.
13. "Zedan Morgan • ZedanMorgan Capital" (https://zedanmorgan.com/). *ZedanMorgan Capital*. Retrieved 30 June 2022.

14. "Leadership & advisors • ZedanMorgan Capital" (https://zedanmorgan.com/leadership-advisors/). *ZedanMorgan Capital*. Retrieved 30 June 2022.
15. "bargain-buy-medina-spirit-pays-off-for-zedan" (https://www.bloodhorse.com/horse-racing/articles/247183/bargain-buy-medina-spirit-pays-off-for-zedan). *www.bloodhorse.com*. Retrieved 2 May 2021.
16. Suckow, Alex (21 February 2022). "Medina Spirit disqualified from 2021 Kentucky Derby, Bob Baffert fined" (https://www.wlky.com/article/medina-spirit-disqualified-2021-kentucky-derby-mandaloun-bob-baffert/39164729). *WLKY*. Retrieved 21 February 2022.
17. Bonesteel, Matt (2 June 2021). "Churchill Downs suspends Bob Baffert, the embattled trainer of Medina Spirit, for two years" (https://www.washingtonpost.com/sports/2021/06/02/medina-spirit-kentucky-derby-drug-test/). *Washington Post*. Retrieved 2 June 2021.
18. Drape, Joe (21 February 2022). "Medina Spirit Stripped of 2021 Kentucky Derby Win" (https://www.nytimes.com/2022/02/21/sports/horse-racing/medina-spirit-kentucky-derby.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved 21 February 2022.
19. Frakes, Jason. "What's in a name? How Medina Spirit and the Kentucky Derby horses got their names" (https://www.courier-journal.com/story/sports/horses/kentucky-derby/2021/04/28/2021-kentucky-derby-horse-contender-name-origins/7135204002/). *The Courier-Journal*. Retrieved 2 May 2021.
20. "About – Zedan Racing" (https://zedanracing.com/about/). Retrieved 20 May 2021.
21. "What is Amr Zedan's Net Worth? Learn all the Details of His Wealth and Earnings Here" (https://glamourfame.com/amr-zedan-net-worth). *Glamour Fame*. 3 May 2021. Retrieved 30 June 2022.
22. "Amr Zedan net worth details as Saudi investor makes Chelsea bid" (https://www.nationalworld.com/sport/football/amr-zedan-net-worth-details-as-saudi-investor-makes-chelsea-bid-3625428). *www.nationalworld.com*. Retrieved 26 March 2022.
23. "New Owner Amr Zedan is Thinking Big" (https://www.thoroughbreddailynews.com/new-owner-amr-zedan-is-thinking-big/). *TDN | Thoroughbred Daily News | Horse Racing News, Results and Video | Thoroughbred Breeding and Auctions*. 20 March 2017.
24. "Jordanian Princess Noor Bint Asem Marries Saudi Amr Zedan" (https://www.arabiaweddings.com/tips/jordanian-princess-noor-bint-asem-marries-saudi-amr-zedan). *Arabia Weddings*. 7 April 2021. Retrieved 2 May 2021.

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Amr_Zedan&oldid=1286406525"



# Amr Zedan: Difference between revisions

Visual Wikitext Inline

**Revision as of 05:43, 21 October 2024 (edit)**
Monkbot (talk | contribs)
m *(Task 20: replace {lang-??} templates with {langx|??} ‹See Tfd› (Replaced 1);)*
*(Tag: AWB)*
← Previous edit

**Revision as of 18:41, 19 April 2025 (edit) (undo)**
23.242.11.242 (talk)
*(Tags: Reverted, possible BLP issue or vandalism, Mobile edit, Mobile web edit)*
Next edit →

**Line 3:**

{{Use dmy dates|date=May 2021}}

[[File:Amr F. Zedan.jpg|thumb|253x253px|Amr Zedan at BMG Economic Forum 2023]]

− '''Amr F. Zedan''' ({{Langx|ar|عمرو زيدان}}; born 17 September 1974) is a Saudi Arabian businessman, a serial venture capital investor,<ref>{{Cite web |title=About – Zedan Racing |url=https://zedanracing.com/about/ |access-date=2024-01-30 |language=en-US}}</ref> [[thoroughbred]] [[horse breeder]], and the Chairman of the Saudi Polo Federation.<ref name="spf.gov.sa">{{Cite web |title=Saudi Polo Federation |url=https://spf.gov.sa/en/ |access-date=2024-01-30 |language=en-US}}</ref><ref>{{Cite web|title=Amr Zedan, Chairman of the Saudi Polo Federation on the importance of sport in the kingdom|url=https://www.buro247.me/culture/insiders/amr-zedan-chairman-of-the-saudi-polo-federation-we.html|access-date=2 May 2021|website=BURO.|language=en}}</ref><ref>{{Cite web|url=https://www.arabnews.com/node/1803901/amp|title=Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia|website=Arab News}}</ref><ref name=":0" /><ref>{{Cite web |title=الاتحاد السعودي للبولو |url=https://spf.gov.sa/en/ |access-date=2022-06-30 |language=en-US}}</ref>

+ '''Amr F. Zedan''' ({{Langx|ar|عمرو زيدان}}; born 17 September 1974) is a Saudi Arabian businessman, a serial venture capital investor,<ref>{{Cite web |title=About – Zedan Racing |url=https://zedanracing.com/about/ |access-date=2024-01-30 |language=en-US}}</ref> [[thoroughbred]] [[horse breeder]], and the Chairman of the Saudi Polo Federation. **It was recently alleged in Federal Court Filings that Zedan had a role in the planning and funding of the September 11th Terrorist Attacks.** <ref name="spf.gov.sa">{{Cite web |title=Saudi Polo Federation |url=https://spf.gov.sa/en/ |access-date=2024-01-30 |language=en-US}}</ref><ref>{{Cite web|title=Amr Zedan, Chairman of the Saudi Polo Federation on the importance of sport in the kingdom|url=https://www.buro247.me/culture/insiders/amr-zedan-chairman-of-the-saudi-polo-federation-we.html|access-date=2 May 2021|website=BURO.|language=en}}</ref><ref>{{Cite web|url=https://www.arabnews.com/node/1803901/amp|title=Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia|website=Arab News}}</ref><ref name=":0" /><ref>{{Cite web |title=الاتحاد السعودي للبولو |url=https://spf.gov.sa/en/ |access-date=2022-06-30 |language=en-US}}</ref>

== Education ==

# Revision as of 18:41, 19 April 2025

**Amr F. Zedan** (Arabic: عمرو زيدان; born 17 September 1974) is a Saudi Arabian businessman, a serial venture capital investor,[1] thoroughbred horse breeder, and the Chairman of the Saudi Polo Federation. It was recently alleged in Federal Court Filings that Zedan had a role in the planning and funding of the September 11th Terrorist Attacks. [2][3][4][5][6]

Amr Zedan at BMG Economic Forum 2023

## Education

Zedan obtained a Bachelor of Science degree in industrial engineering management with a minor in electrical/digital engineering from the University of the Pacific, Stockton, California.[7] Previously, he attended Texas A&M University, College Station, Texas.[7]

## Career

He is Chairman of the Saudi Polo Federation.[2][8] and a member of the board of directors of the Saudi Supreme Equestrian Authority.[9]

He is also Chairman of family business the Zedan Group,[10][11] a Saudi engineering conglomerate headquartered in Khobar.[7]

He is also Chairman of ZedanMorgan[12] Capital a top tier venture investments in Bio-Tech and Pharma based in New York.[13][14]

His Zedan Racing Stables owned Medina Spirit, who crossed the finish line first in the 2021 Kentucky Derby.[5][15] However, the horse tested positive for betamethasone after the race (and in a split sample test), which is prohibited at any level on race day. The Kentucky Horse Racing Commission made the final decision to disqualify the horse on February 21, 2022.[16][17][18] Medina Spirit died on December 6, 2021 during a workout at Santa Anita of an apparent heart attack. A necropsy examining the sudden death was inconclusive. Medina Spirit's ashes are interred at Old Friends's Nikki Bacharach Memorial Garden in Georgetown, Kentucky. Medina Spirit was named for Zedan's home city of Medina.[19]

Zedan is an avid polo player, and Patron of Zedan Polo team.[20]

In March 2022, Amr F. Zedan's net-worth was estimated at $1.2 billion.[21][22]

## Personal life

Zedan was born in Los Angeles, California.[23] He is married to HRH Princess Noor bint Asem of Jordan.[24]

## References

1. "About – Zedan Racing" (https://zedanracing.com/about/). Retrieved 30 January 2024.
2. "Saudi Polo Federation" (https://spf.gov.sa/en/). Retrieved 30 January 2024.

3. "Amr Zedan, Chairman of the Saudi Polo Federation on the importance of sport in the kingdom" (https://www.buro247.me/culture/insiders/amr-zedan-chairman-of-the-saudi-polo-federation-we.html). *BURO*. Retrieved 2 May 2021.
4. "Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia" (https://www.arabnews.com/node/1803901/amp). *Arab News*.
5. "Zedan Racing – Thoroughbred Racing Stable of Amr F. Zedan" (https://zedanracing.com/).
6. "الاتحاد السعودي للبولو" (https://spf.gov.sa/en/). Retrieved 30 June 2022.
7. "About – Zedan Racing" (https://zedanracing.com/about/).
8. "عن الاتحاد – الاتحاد السعودي للبولو" (https://spf.gov.sa/en/about/). Retrieved 20 May 2021.
9. "Amr Zedan is revolutionizing the equestrian landscape in Saudi Arabia" (https://arab.news/c4vqe). *Arab News*. 4 February 2021. Retrieved 20 May 2021.
10. "Home - ZEDAN GROUP" (https://zedangroup.com/). Retrieved 30 January 2024.
11. "ZEDAN – Your Partner of Choice in Saudi Arabia" (https://zedangroup.com/). Retrieved 20 May 2021.
12. "Zedan Morgan • ZedanMorgan Capital" (https://zedanmorgan.com/). *ZedanMorgan Capital*. Retrieved 30 January 2024.
13. "Zedan Morgan • ZedanMorgan Capital" (https://zedanmorgan.com/). *ZedanMorgan Capital*. Retrieved 30 June 2022.
14. "Leadership & advisors • ZedanMorgan Capital" (https://zedanmorgan.com/leadership-advisors/). *ZedanMorgan Capital*. Retrieved 30 June 2022.
15. "bargain-buy-medina-spirit-pays-off-for-zedan" (https://www.bloodhorse.com/horse-racing/articles/247183/bargain-buy-medina-spirit-pays-off-for-zedan). *www.bloodhorse.com*. Retrieved 2 May 2021.
16. Suckow, Alex (21 February 2022). "Medina Spirit disqualified from 2021 Kentucky Derby, Bob Baffert fined" (https://www.wlky.com/article/medina-spirit-disqualified-2021-kentucky-derby-mandaloun-bob-baffert/39164729). *WLKY*. Retrieved 21 February 2022.
17. Bonesteel, Matt (2 June 2021). "Churchill Downs suspends Bob Baffert, the embattled trainer of Medina Spirit, for two years" (https://www.washingtonpost.com/sports/2021/06/02/medina-spirit-kentucky-derby-drug-test/). *Washington Post*. Retrieved 2 June 2021.
18. Drape, Joe (21 February 2022). "Medina Spirit Stripped of 2021 Kentucky Derby Win" (https://www.nytimes.com/2022/02/21/sports/horse-racing/medina-spirit-kentucky-derby.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved 21 February 2022.
19. Frakes, Jason. "What's in a name? How Medina Spirit and the Kentucky Derby horses got their names" (https://www.courier-journal.com/story/sports/horses/kentucky-derby/2021/04/28/2021-kentucky-derby-horse-contender-name-origins/7135204002/). *The Courier-Journal*. Retrieved 2 May 2021.
20. "About – Zedan Racing" (https://zedanracing.com/about/). Retrieved 20 May 2021.
21. "What is Amr Zedan's Net Worth? Learn all the Details of His Wealth and Earnings Here" (https://glamourfame.com/amr-zedan-net-worth). *Glamour Fame*. 3 May 2021. Retrieved 30 June 2022.
22. "Amr Zedan net worth details as Saudi investor makes Chelsea bid" (https://www.nationalworld.com/sport/football/amr-zedan-net-worth-details-as-saudi-investor-makes-chelsea-bid-3625428). *www.nationalworld.com*. Retrieved 26 March 2022.
23. "New Owner Amr Zedan is Thinking Big" (https://www.thoroughbreddailynews.com/new-owner-amr-zedan-is-thinking-big/). *TDN | Thoroughbred Daily News | Horse Racing News, Results and Video | Thoroughbred Breeding and Auctions*. 20 March 2017.
24. "Jordanian Princess Noor Bint Asem Marries Saudi Amr Zedan" (https://www.arabiaweddings.com/tips/jordanian-princess-noor-bint-asem-marries-saudi-amr-zedan). *Arabia Weddings*. 7 April 2021. Retrieved 2 May 2021.

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Amr_Zedan&oldid=1286406296"