

**Swift**
@SwiftHitter

Damm they must really want to cover up that 9/11 shit 😂

6:54 PM · Apr 18, 2025 · **4,230** Views

💬 2          ⟲          ♡ 15          🔖          ⬆️



 **Swift**
@SwiftHitter

Terrorist pay well man

THE FOUNDATION OF THE NEW TERRORISM



*Usama Bin Ladin at a news conference in Afghanistan in 1998*

**Charles** @charlieb_____ · Apr 18

When Bob Baffert's lead attorney, Clark Brewster, represented pornstar Stormy Daniels, he noted that he charges $675 per hour. So I'm sure he charges Baffert at least $675/per hour as well.

Which means Baffert has probably spent at least $300,000++ in legal fees s...
Show more

Brewster billed a total of $32,130 for 47.6 hours at an hourly rate of $675. (Brewster Decl., ¶ 25.) Mwafulirwa billed a total of $11,970 for 39.9 hours at an hourly rate of $300. (Brewster Decl., ¶ 25.) Brewster attests to his and Mwafulirwa's qualifications, skills, and experience. (Brewster Decl., ¶¶ 40-41.) Brewster states in his declaration that Plaintiff's counsel had to, among other things, "respond to a Show Cause Order and appear for a hearing that issue, and brief this attorney fees request." (Brewster Decl., ¶ 21.)

10:01 PM · Apr 18, 2025 · **7,979** Views



Exhibit

P



**Swift**
@SwiftHitter

**me**    9:25 AM ☆
To Clark Brewster
Apr 19 at 9:25 AM

I will be challenging the Tro or any cease and desist letter under right of FREE Speech. This is America. God Bless the USA . God Bless our troops. I will be talking to a attorney monday after Easter . Btw we all know Cogburn was hurt after Kentucky Downs and you and Amussen ran him in Breeders Cup like some clowns.

Hide trimmed content ⌃

On Friday, April 18, 2025 at 01:21:59 PM EDT, Clark Brewster <cbrewster@brewsterlaw.com> wrote:

Mr. Wunderler,

Find attached a letter relating to your defamation of Mr. Amr Zedan.

Clark Brewster

8:25 AM · Apr 19, 2025 · **7,752** Views

♡ 9    ↻ 1    ♡ 30    🔖    ⬆



**Swift**
@SwiftHitter

**me**                                    9:35 AM
To **Heather Prescott**
Apr 19 at 9:35 AM

2 attachments

Hey Heather - I hope you didnt go to law school to defend people who hurt animals and kill horses. I responded to you boss Clark Brewster. I will be talking to attorney on Monday. You are emailing a degenerate gambler whos email is meatball92448. For our society to grow and be better put your brains to the test and dig in why Bafferts want to silence me. Have a Happy Easter

Hide trimmed content ⌄

On Friday, April 18, 2025 at 05:21:06 PM EDT, Heather Prescott <hprescott@brewsterlaw.com> wrote:

Mr. Wunderler:

We received no response to our cease-and-desist letter. Attached please find the Motion for Temporary Restraining Order filed this afternoon.

8:36 AM · Apr 19, 2025 · **16.1K** Views

**Swift**
@SwiftHitter

My reseaechers and investigators are finding more and more ties Zedan
family profited from 9/11 and associated . Its getting scary now



Interview with Amr Zedan about the growth
of Polo in Saudi Arabia

305 views · 1 year ago  ...more

### Royal Commission for al–Ula

الهيئة الملكية لمحافظة العلا

| Agency overview | |
|---|---|
| Formed | July 2017; 7 years ago |
| Type | Government agency |
| Jurisdiction | Government of Saudi Arabia |
| Agency executives | Mohammad bin Salman, Chairman<br>Badr bin Farhan Al Saud, Governor<br>Abeer Al Akel, CEO[1] |
| Website | www.rcu.gov.sa/en/ |

There you go. From his mouth, he's
working in partnership with MBS.

1:37 PM · Apr 19, 2025 · **1,690** Views



 **Swift**
@SwiftHitter

Grok is paying attention we will get to bottom of this

zedangroup.com

- Posts on X suggest that the Zedan family's
  wealth in the energy sector grew substantially
  after 2001, possibly due to government
  contracts, though these claims are
  inconclusive without further evidence.

2. **Venture Capital and Investments:**

- Amr is a serial venture capital investor,
  seeking out innovative projects in energy,
  healthcare, technology, and mining. His
  investments include a $5 million angel
  investment in Snupps in 2014, a social
  platform for collectors.

  crunchbase.com        biographydaily.com

- He is also the Chairman of ZedanMorgan
  Capital, a New York–based venture
  investment firm focused on biotech and
  pharmaceuticals, which has added to his
  revenue streams.

  en.wikipedia.org

- His family's involvement in venture capita.
  projects with international companies

7:59 AM · Apr 20, 2025 · **3,698** Views

 **Swift**
@SwiftHitter



You attack me. I bring down the entire thing. All of it.



8:02 AM · Apr 20, 2025 · **1,740** Views

 **Swift**
@SwiftHitter

SF bloodstock started cause Gavin Murphy (George Soros tax man) was passionate about horse racing. He was set to leave Soros. Soros didnt want him to leave so he funded SF Bloodstock and Gavin Murphy dream.

Blood $ of George Soros now funds Bob Baffert regime

 **Swift** @SwiftHitter · Apr 20
Next up this week. Tom Ryan/ Gavin Murphy and BLOOD $ of George Soros. The continue support of a horse killer in Bob Baffert



8:24 AM · Apr 20, 2025 · **7,294** Views