UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JUSTIN A. WUNDERLER and DANIEL DICORCIA,<br><br>　　　　　　　　　Defendants. | Case No.: 23-cv-1774-RSH-BLM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>[ECF No. 93] |

　　　Before the Court is a motion filed by plaintiff Bob Baffert for a temporary restraining order against defendant Justin Wunderler. ECF No. 93. The Court held a hearing on April 24, 2025. For the reasons stated on the record, the Court **GRANTS** the motion.

　　　Pending the hearing and determination of a motion for preliminary injunction, Justin Wunderler is **ENJOINED** as follows:

　　　1.　Mr. Wunderler is enjoined from posting threatening or harassing content about Mr. Baffert, Mr. Baffert's family, Mr. Baffert's counsel, or witnesses in this litigation on the social medial platform "X" or any other publication, website, online

forum, social media, or review applications; or causing or directing another person to do the same.

2. Mr. Wunderler shall take down—within five days after the entry of this Order—his "X" posts at Exhibits A, B, C, D, E, G, H, I, J, N (as to "Page 4 of 11" as indicated at the top of the page as e-filed), and P (as to "Page 3 of 10," "Page 6 of 10," and "Page 7 of 10").

Plaintiff's application for a temporary restraining order [ECF No. 93] shall be treated as a motion for preliminary injunction. Mr. Wunderler shall file any opposition by **May 15, 2025**. Plaintiff shall file any reply brief by **May 22, 2025**. The motion will be heard on **June 12, 2025 at 2:30pm** before the undersigned in Courtroom 3B.

In the event Mr. Wunderler does not file a timely opposition brief, the Court may regard the motion as unopposed and issue a preliminary injunction without holding a further hearing.

The preliminary injunction previously entered against defendant Justin Wunderler remains in effect. ECF No. 71.

**IT IS SO ORDERED.**

Dated: April 24, 2025

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge