UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JUSTIN A. WUNDERLER and DANIEL DICORCIA,<br><br>　　　　　　　　Defendants. | Case No.: 23-cv-1774-RSH-BLM<br><br>**ORDER GRANTING MOTION TO VACATE PRETRIAL CONFERENCE, DENYING MOTION FOR LEAVE TO APPEAR REMOTELY, AND DIRECTING SUPPLEMENTAL BRIEFING ON DEFAULT JUDGMENT MOTION**<br><br>[ECF Nos. 101; 103] |

Before the Court is Plaintiff's Unopposed Motion to Vacate the Pretrial Conference in this case. ECF No. 103. On May 12, 2025, the Parties filed an Offer of Judgment under Federal Rule of Civil Procedure 68 indicating Plaintiff had accepted an offer to allow judgment made by Defendant DiCorcia. ECF No. 102. Pursuant to the Parties' Offer of Judgment, the Court entered judgment in Plaintiff's favor against Defendant DiCorcia only. ECF Nos. 104; 105.

///

///

In light of the above, the Court **GRANTS** Plaintiff's motion [ECF No. 103], **VACATES** the final pretrial conference currently set for May 15, 2025 at 1:30 p.m., and **DENIES** Defendant DiCorcia's motion for leave to appear remotely at the pretrial conference [ECF No. 101] as moot.

Plaintiff's Second Motion for Default Judgment against Wunderler requested that the determination of damages against Wunderler be reserved until the matter of DiCorcia's liability had been resolved. ECF No. 51 at 27. Now that judgment has been entered against DiCorcia, Plaintiff is **DIRECTED** to supplement his default judgment motion specifying the relief sought and the factual and legal basis for that request by **June 3, 2025**.

All other deadlines, including the hearing date on Plaintiff's motion for a preliminary injunction, currently scheduled for June 12, 2025 at 2:30 p.m., remain as set unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: May 13, 2025

_____
Hon. Robert S. Huie
United States District Judge