UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BAFFERT, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>JUSTIN A. WUNDERLER and DANIEL DICORCIA,<br><br>                              Defendants. | Case No.: 23-cv-1774-RSH-BLM<br><br>**PRELIMINARY INJUNCTION** |

On November 26, 2024, the Court granted plaintiff Bob Baffert's motion for a temporary restraining order ("TRO") against defendant Justin Wunderler. ECF No. 71. The Court enjoined Mr. Wunderler from "posting threatening or harassing content about Mr. Baffert, Mr. Baffert's family, or Mr. Baffert's counsel in this litigation on the social medial platform 'X' or any other publication, website, online forum, social media, or review applications" for the pendency of this action." *Id.* at 2.[1]

---

[1]   At the hearing, Mr. Wunderler agreed to the entry of this TRO for the pendency of this action. *Id.*

On April 18, 2025, Plaintiff filed a motion for a second TRO and request to modify the November 26, 2024 preliminary injunction. ECF No. 93. Plaintiff sought to enjoin Mr. Wunderler from also posting threatening or hassassing content about witnesses in this litigation. *Id.* at 1.

Following a hearing held on April 24, 2025, the Court granted Plaintiff's motion and entered a TRO on the same day. ECF Nos. 97; 98. The Court set a briefing schedule for whether the TRO should be maintained as a preliminray injunction. ECF No. 97 at 2. The Court cautioned Mr. Wunderler in the TRO that if he did "not file a timely opposition brief, the Court may regard the motion as unopposed and issue a preliminary injunction without holding a further hearing." *Id.*

Mr. Wunderler's response to Plaintiff's motion for a preliminary injunction was due on May 15, 2025 and he has not filed a timely opposition. *Id.* at 2; *see* Docket. For these reasons, as well as the reasons stated at the TRO hearing, the Court **GRANTS** Plaintiff's motion for a preliminary injunction and **ENJOINS** Mr. Wunderler as follows:

> Mr. Wunderler is enjoined from posting threatening or harassing content about Mr. Baffert, Mr. Baffert's family, Mr. Baffert's counsel, or witnesses in this litigation on the social medial platform "X" or any other publication, website, online forum, social media, or review applications; or causing or directing another person to do the same.

ECF No. 97 at 1–2. The injunction remains in effect through entry of judgment in this case. The Court further **VACATES** the hearing on Plaintiff's motion for preliminary injunction and all remaining briefing deadlines related to the motion.

**IT IS SO ORDERED.**

Dated: May 16, 2025

_____
Hon. Robert S. Huie
United States District Judge